# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

April 16, 2024

Clerk - Northern District of Alabama
U.S. District Court
Hugo L. Black United States Courthouse
1729 5TH AVE N
BIRMINGHAM, AL 35203

Appeal Number: 24-10040-HH
Case Style: Jammie Duck v. Weyerhaeuser NR Company
District Court Docket No: 6:21-cv-01178-GMB

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. <u>See</u> 11th Cir. R. 42-1(a).

Any pending motions are now rendered moot in light of the attached order.

<u>Clerk's Office Phone Numbers</u>
General Information:    404-335-6100    Attorney Admissions:          404-335-6122
Case Administration:    404-335-6135    Capital Cases:                404-335-6200
CM/ECF Help Desk:       404-335-6125    Cases Set for Oral Argument:  404-335-6141

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 24-10040-HH

_____

JAMMIE DUCK,

                Plaintiff - Appellant,

versus

WEYERHAEUSER NR COMPANY,

                Defendant - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

ORDER: Motion to voluntarily dismiss appeal filed by Appellant Jammie Duck is GRANTED by clerk [10181395-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective April 16, 2024.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                FOR THE COURT - BY DIRECTION